JS-44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GABRIEL GARCIA

### DEFENDANTS
Credit Collection Services

(b) County of Residence of First Listed Plaintiff: **Essex County, NJ**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Norwood, MA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)
Daniel Zemel, 70 Clinton Ave, Suite 3, Newark, New Jersey 07114, (862) 227-3106

Attorneys (If Known)
Lawrence J. Bartel, Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Philadelphia, PA 19103  215-575-2780

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury -- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities-- Employment | ☐ 540 Mandamus & Other | | ☐ 871 IRS -- Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities-- Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1692, et seq.
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: 2/1/17
SIGNATURE OF ATTORNEY OF RECORD: *Lawrence J. Bartel*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **GABRIEL GARCIA** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CREDIT COLLECTION SERVICES** | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.    ( )

(b) Social Security-Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos-Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management-Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management--Cases that do not fall into any one of the other tracks.    (X)

| February 1, 2017 | *Laurence J Bartel* | Defendant, Credit Collection Services |
|---|---|---|
| Date | Attorney-at-law | Attorney for |

| (215) 575-2780 | (215) 575-0856 | LJBartel@mdwcg.com |
|---|---|---|
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

551629

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIEL GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES<br><br>　　　　　Defendants. | Civil Action No. |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Credit Collection Services ("CCS"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as <u>Gabriel Garcia v. Credit Collection Services</u>, docket no. ESX-L-8664-16, as filed in the Superior Court of New Jersey, Essex County ("the Action"), to the United States District Court for the District of New Jersey, based upon the following:

1.　On or about December 16, 2016 Plaintiff filed the Action in the Superior Court of New Jersey, Essex County. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2.　CCS first received notice of the Action on or about January 4, 2017, when they were served with Plaintiff's Complaint.

3.　Based on the foregoing, CCS has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. <u>See</u> 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by CCS pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that CCS violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

5. In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Essex County, New Jersey, the United States District Court for the District of New Jersey should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), CCS will file a copy of this Notice of Removal with the Clerk of the United States District Court for the District of New Jersey, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Superior Court of New Jersey, Essex County.

**WHEREFORE**, Defendant, Credit Collection Services notifies this Court that this Action is removed from the Superior Court of New Jersey, Essex County Pennsylvania to the United States District Court for the District of New Jersey pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

                Respectfully submitted,

                **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:   */s/ Lawrence J. Bartel*
                Lawrence J. Bartel
                2000 Market Street, Suite 2300
                Philadelphia, PA 19103
                (215) 575-2780 / (215) 575-0856 (f)
                LJBartel@mdwcg.com
                Attorneys for Defendant
                Credit Collection Services

Dated: <u>February 1, 2017</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIEL GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT COLLECTION SERVICES<br><br>　　　　　Defendants. | Civil Action No. |

### CERTIFICATE OF SERVICE

I, Lawrence J. Bartel, do hereby certify that a true and correct copy of Defendant, Credit Collection Services' Notice of Removal was served upon the below-listed counsel of record by regular mail on <u>May 4, 2016</u>.

Daniel Zemel, Esq.
Zemel Law, LLC
70 Clinton Avenue, Suite 3
Newark, New Jersey 07114

　　　　　　　　　　　　　　　MARSHALL DENNEHEY WARNER
　　　　　　　　　　　　　　　COLEMAN & GOGGIN, P.C.

　　　　　　　　By:　　*/s/ Lawrence J. Bartel*
　　　　　　　　　　　　　　　Lawrence J. Bartel
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Credit Collection Services

Dated: <u>February 1, 2017</u>